### 9364.   GULF PAVING CO. v. CITY OF ATLANTA.

BLOODWORTH, J.   The petition in this case alleged a cause of action, and it was erroneous to dismiss the petition on general demurrer.   See opinion of Supreme Court in this case, 149 *Ga.* (99 S. E. 374).

*Judgment reversed.   Broyles, P. J., and Stephens, J., concur.*

DECIDED JUNE 9, 1919.

Action for money had and received; from Fulton superior court—Judge Bell.   November 6, 1917.

The substance of the petition is set out in 22 *Ga. App.* 374 (96 S. E. 392).   The decision there reported was reversed on certiorari.

*Anderson, Rountree & Crenshaw,* for plaintiff.

*J. L. Mayson, S. D. Hewlett,* for defendant.